# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYQUAN RAY BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY OF CLOVIS, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00465-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF LAFRANCE BROWN TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(ECF No. 2) |

Rayquan Ray Brown and Lafrance Ray Brown ("Plaintiffs"), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 10, 2019, Plaintiff Rayquan Brown filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff Lafrance Brown has not filed an application to proceed *in forma pauperis* nor payed a filing fee for this action.

All parties instituting any civil action are required to pay the filing fee. See 28 U.S.C. § 1914(a). An action may only proceed despite the failure to pay a filing fee if the party is granted *in forma pauperis* status. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). All parties seeking to proceed *in forma pauperis* must qualify for *in forma pauperis* status. Anderson v. California, No. 3:10-cv-02216-MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal. Oct. 27, 2010).

///
///

1

Based on the foregoing, IT IS HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff Lafrance Brown shall file an application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

IT IS SO ORDERED.

Dated: __**April 12, 2019**__

UNITED STATES MAGISTRATE JUDGE