# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYQUAN RAY BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CLOVIS, et al., <br><br> Defendants. | Case No. 1:19-cv-00465-LJO-SAB <br><br> ORDER REQUIRING LAFRANCE BROWN TO SHOW CAUSE WHY HIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE A PETITION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE <br><br> (ECF No. 3) <br><br> FOURTEEN DAY DEADLINE |

Rayquan Ray Brown and Lafrance Ray Brown (collectively "Plaintiffs") filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 15, 2019, an order issued requiring Lafrance Brown to either file an application to proceed *in forma pauperis* in this action or pay the filing fee within fourteen days. (ECF No. 3.) More than fourteen days have passed and Plaintiff Lafrance Brown has not filed a petition to proceed *in forma pauperis*, paid the filing fee, or otherwise responded to the April 15, 2019 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

1

2000).

Accordingly, IT IS HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff Lafrance Brown shall SHOW CAUSE IN WRITING why this action should not be dismissed for failure to file an application to proceed *in forma pauperis* or pay the filing fee in this action. Plaintiff Lafrance Brown is advised that failure to file a response in compliance with this order will result in the recommendation that he be dismissed as a Plaintiff in this action.

IT IS SO ORDERED.

Dated: __**May 19, 2019**__

UNITED STATES MAGISTRATE JUDGE