# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYQUAN RAY BROWN, et al., | Case No. 1:19-cv-00465-LJO-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING LAFRANCE BROWN TO FILE AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
| v. | |
| THE CITY OF CLOVIS, et al., | |
| Defendants. | (ECF No. 4, 6) |
| | FOURTEEN DAY DEADLINE |

Rayquan Ray Brown and Lafrance Ray Brown (collectively "Plaintiffs") filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2019, an order was filed requiring LaFrance Brown to either file an application to proceed without prepayment of fees or to pay the $400.00 filing fee in this action. The order was returned by the United States Postal Service as undeliverable as to both Plaintiffs in this action.

Plaintiff LaFrance Brown did not comply with the April 14, 2019 order and an order was filed on May 20, 2019, requiring him to show cause why this action should not be dismissed for the failure to comply. The mail was returned by the United States Postal Service as undeliverable as to Plaintiff LaFrance Brown. On June 10, 2019, Plaintiff LaFrance Brown filed a response to the order to show cause and a notice of change of address.

Plaintiff is advised of the Local Rules of the Eastern District of California which provide

1

that

> Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made.

L.R. 182(f). Further, pursuant to Local Rule 183,

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

L.R. 183(b).

As Plaintiff LaFrance Brown has now responded to the order to show cause and filed a change of address, IT IS HEREBY ORDERED that:

1. The order to show cause, filed May 20, 2019, is DISCHARGED; and
2. The Clerk of the Court is DIRECTED to mail a copy of the April 15, 2019 order requiring Plaintiff La France Brown to file an application to proceed in forma pauperis or pay the filing fee (ECF No. 3) to Plaintiff's new address;
3. Plaintiff LaFrance Brown shall either file an application to proceed in forma pauperis or pay the filing fee within **fourteen (14) days** of the date of service of this order; and
4. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**June 12, 2019**__

UNITED STATES MAGISTRATE JUDGE

2