# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYQUAN RAY BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF CLOVIS, et al.,<br><br>Defendants. | Case No. 1:19-cv-00465-LJO-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 8) |

On April 10, 2019, Rayquan Ray Brown ("Rayquan") and Lafrance Ray Brown ("Lafrance") (collectively "Plaintiffs"), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 10, 2019, Plaintiff Rayquan filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, however Plaintiff Lafrance did not file any such application. (ECF No. 2.) On April 15, 2019, the Court granted Rayquan's application to proceed *in forma pauperis* and ordered Lafrance to file a separate application. (ECF No 3.) Following a delay due to undeliverable mail (ECF Nos 4, 5, 6, 7), on June 27, 2019, Plaintiff Lafrance filed an application to proceed *in forma pauperis*. (ECF No. 8.) However, Plaintiff Lafrance's application was not adequately completed. Plaintiff indicated that he receives disability or workers compensation income but did not include the amount that he receives.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is

unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff Lafrance;
3. Within twenty (20) days of the date of this order, Plaintiff Lafrance shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
4. If Plaintiff Lafrance fails to comply with this order, his claims in this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **June 28, 2019**

UNITED STATES MAGISTRATE JUDGE