# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYQUAN RAY BROWN, et al., | Case No. 1:19-cv-00465-LJO-SAB |
| Plaintiffs, | ORDER GRANTING PLAINTIFF LAFRANCE BROWN'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| THE CITY OF CLOVIS, et al., | (ECF No. 10) |
| Defendants. | |

On April 10, 2019, Rayquan Ray Brown ("Rayquan") and Lafrance Ray Brown ("Lafrance") (collectively "Plaintiffs"), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 10, 2019, Plaintiff Rayquan ("Rayquan") filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, however Plaintiff Lafrance did not file any such application. (ECF No. 2.) On April 15, 2019, the Court granted Rayquan's application to proceed *in forma pauperis* and ordered Lafrance to file a separate application. (ECF No 3.) Following a delay due to a change of address and undeliverable mail (ECF Nos 4, 5, 6, 7), on June 27, 2019, Plaintiff Lafrance filed an application to proceed *in forma pauperis*. (ECF No. 8.) Plaintiff Lafrance did not adequately complete the application because he indicated that he receives disability or workers compensation income but did not include the amount that he receives. On July 1, 2019, an order was filed requiring Plaintiff Lafrance to submit a long form application. (ECF No. 9.) On July 16, 2019, Plaintiff Lafrance

filed a long form application to proceed without prepayment of fees.  (ECF No. 10.)

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff Lafrance Ray Brown's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **July 17, 2019**

UNITED STATES MAGISTRATE JUDGE