# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYQUAN RAY BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CLOVIS, et al., <br><br> Defendants. | Case No. 1:19-cv-00465-AWI-SAB <br><br> ORDER GRANTING PLAINTIFF RAYQUAN BROWN'S APPLICATION TO PROCEED IN FORMA PAUPERIS <br><br> (ECF No. 2) |

Rayquan Ray Brown and Lafrance Ray Brown ("Plaintiffs"), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 10, 2019, Plaintiff Rayquan Brown filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Upon review of the docket in this action, the Court has discovered that Rayquan Brown's application to proceed *in forma pauperis* was not addressed.

Having reviewed Plaintiff Rayquan Brown's application to proceed *in forma pauperis*, the Court finds that it demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken at this time.

Accordingly, the Court GRANTS Plaintiff Rayquan Brown's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **August 27, 2019**

UNITED STATES MAGISTRATE JUDGE

1