# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYQUAN RAY BROWN, et al., | Case No. 1:19-cv-00465-LJO-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO COMPLY AND FAILURE TO PROSECUTE |
| v. | |
| THE CITY OF CLOVIS, et al., | (ECF No. 13) |
| Defendants. | |

Rayquan Ray Brown and Lafrance Ray Brown (collectively "Plaintiffs") filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2019, the magistrate judge filed a findings and recommendations recommending dismissing this action for Plaintiffs' failure to comply with court orders and failure to prosecute. The findings and recommendations was served on Plaintiffs and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed August 28, 2019, is ADOPTED IN FULL;
2. This action is DISMISSED WITHOUT PREJUDICE for Plaintiffs' failure to comply with court orders and failure to prosecute; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 4, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE